UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LOONEY RICKS KISS ARCHITECTS, INC.** | CIVIL ACTION NO.  07-cv-0572(Lead)<br>Consolidated with No. 09-cv-0471(Member) |
| **VERSUS** | **JUDGE HICKS** |
| **STEVE H. BRYAN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY IN RESPONSE TO PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COPYRIGHT VALIDITY

NOW INTO COURT, through undersigned counsel, come Defendants, Steve Bryan; Bryan Investments, LLC; Bryan Construction Company, Inc.; The Bryan Company; CLA, LLC; Island Park Apartments, LLC; Cypress Lake Development, LLC; Island Park Development, LLC; Grand Pointe Apartments, LLC; Riverside Bluffs, Inc.; Dial Equities, Inc.; Key Associates, LLC; Grand Pointe - NE Limited Partnership; and defendants referred to as the "Cypress Lake Owners" and the "Island Park Owners" ("Defendants"), to file this unopposed motion for leave to file a surreply brief in response to plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment on Copyright Validity ("Reply Brief") [Dkt. No. 224].

D. Brennan Hussey, Marshall R. Pearce, Caldwell Roberts, Jr., Bonita K. Preuett-Armour, and Monique Lafontaine have authorized Allen D. Darden to file this Motion for Leave and surreply brief electronically under their name by using the CM/ECF system.

Plaintiff's Reply Brief presented new arguments and a declaration containing new assertions to support its claim of valid copyrights.  Additionally, plaintiff did not provide copies of architectural plans referenced in the new declaration.  In response to the Defendants' Request

1

for Production of Documents, plaintiff has since provided Defendants with copies of the referenced architectural plans.

Defendants request leave to file a surreply brief to respond to plaintiff's new arguments and assertions and to further assist the court in ruling on the pending motion for partial summary judgment.

Undersigned counsel has advised all other counsel of the intent to file this motion and confirms that none were opposed, although plaintiff's approval was conditioned upon the plaintiff having leave to file a response to this surreply within seven (7) days of the granting of this motion, if plaintiff so desires.

WHEREFORE, considering the foregoing, Defendants respectfully requests that this Honorable Court grant its motion for leave to file a surreply to plaintiff's Reply Brief.

    Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Allen D. Darden

    Allen D. Darden, Bar Roll No. 14961
    II City Plaza
    400 Convention Street • Suite 1100
    Baton Rouge, Louisiana 70802-5618
    P.O. Box 4412
    Baton Rouge, Louisiana 70821-4412
    Telephone: (225) 346-0285
    Telecopier: (225) 381-9197
    Email: dardena@phelps.com

Attorneys for defendants, Steve Bryan; Bryan Investments, LLC; Bryan Construction Company, Inc.; Grand Pointe Apartments, LLC; Riverside Bluffs, Inc.; Cypress Lake Owners and Island Park Owners

**CASTEN & PEARCE, APLC**

BY:   /s/ D. Brennan Hussey

    D. Brennan Hussey, Bar Roll No.:  18268
    401 Edwards Street, Suite 2100  (71101)
    Post Office Box 1180
    Shreveport, LA  71163-1180
    Telephone:  (318) 221-3444
    Telecopier:  (318) 221-8811
    Email: bhussey@castenandpearce.com

Attorneys for defendants, Steve Bryan; Bryan Construction Company, Inc.; The Bryan Company; Cypress Lake Development, LLC; Island Park Development, LLC; and Grand Pointe Apartments, LLC

**CASTEN & PEARCE, APLC**

BY:   /s/ Marshall R. Pearce

    Marshall R. Pearce, Bar Roll No.:  10375
    401 Edwards Street, Suite 2100  (71101)
    Post Office Box 1180
    Shreveport, LA  71163-1180
    Telephone:  (318) 221-3444
    Telecopier:  (318) 221-8811
    Email:  mpearce@castenandpearce.com

Attorneys for defendants, Steve Bryan; The Bryan Company and Bryan Construction, Inc.

**MAYER, SMITH & ROBERTS, LLP**

BY:   /s/ Caldwell Roberts, Jr.

    Caldwell Roberts, Jr., Bar Roll No.:  20343
    1550 Creswell Avenue
    Shreveport, LA  71101
    Telephone: (318) 222-2135
    Telecopier: (318) 222-6420
    Email:  colly@msrlaw.com

Attorney for defendant, Island Park Apartments, LLC

**ARMOUR LAW FIRM**

BY:   /s/ Bonita K. Preuett-Armour

    Bonita K. Preuett-Armour,
        Bar Roll No.: 21827
    1744 Jackson Street
    Post Office Box 710
    Alexandria, LA 71309-0710
    Telephone: (318) 442-6611
    Telecopier: (318) 442-4719
    Email: bkparmour@armourlaw.net

Attorneys for defendant, CLA, LLC

**LOCKE LORD BISSELL & LIDDELL, LLP**

BY:   /s/ Monique Lafontaine

    Monique Lafontaine, Bar Roll No.: 21827
    601 Poydras Street, Suite 2660
    New Orleans, Louisiana 70130
    Telephone: (504) 558-5133
    Telecopier: (504) 681-5233
    Email: mlafonta@lockelord.com

Attorneys for defendants, Dial Equities, Inc.; Key Associates, LLC; Grand Pointe - NE Limited Partnership

**CERTIFICATE OF SERVICE**

     I certify that a copy of the foregoing has been electronically filed with the Clerk of Court this 11th day of January, 2010 by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

          /s/ Allen D. Darden
          Allen D. Darden