UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| LAFAYETTE INSURANCE COMPANY | § | CIVIL ACTION NO. 5:07-cv-0572 |
| | § | Consolidated with 5:09-cv-00471 |
| | § | |
| VERSUS | § | JUDGE HICKS |
| | § | |
| LOONEY RICKS KISS ARCHITECTS, | § | |
| INC., STEVE H. BRYAN, BRYAN | § | MAGISTRATE JUDGE HORNSBY |
| CONSTRUCTION COMPANY, INC., | § | |
| THE BRYAN COMPANY, ET AL | § | |

**STATEMENT OF UNDISPUTED MATERIAL FACTS**

NOW INTO COURT, through undersigned counsel, comes LAFAYETTE INSURANCE COMPANY, plaintiff in the above entitled and numbered cause, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules for the Western District, shows that the following facts that are material to the present Motion for Summary Judgment are not in dispute in this matter:

1. Lafayette Insurance Company issued policy number 85-211-489 to The Bryan Companies, Inc. and Bryan Construction Company, Inc., effective from June 28, 2000 through June 28, 2001.

2. The subject policy is a Commercial Lines/Commercial Package containing commercial auto, commercial general liability, and commercial inland marine coverage.

3. The named insureds under the commercial general liability coverage portion are The Bryan Companies, Inc., Bryan Construction Company, Inc., Bryan Contractors, LLC, and Bryan Homes, Inc., and Cypress Lake Apartments is an additional insured under the commercial general liability coverage portion.

4. Plaintiff in the main action, Looney Ricks Kiss Architects, Inc., alleges that Steve H. Bryan, the Bryan Company, Bryan Construction Company, Inc., and CLA, LLC created and used non-pictorial depictions of Looney Ricks Kiss Architects, Inc.'s copyrighted works in promotional and advertising materials in the course of advertising apartment products and services in the operation of Cypress Lake

       Apartments.

5. Looney Ricks Kiss Architects, Inc. alleges that the advertising activities resulted in rentals and leases of the Cypress Lake Apartments units which constitutes separate infringement and causes of damages.

6. Looney Ricks Kiss Architects, Inc. has not alleged any damages arising prior to the rental and/or lease of the Cypress Lake Apartments units.

7. A Complete Appraisal, Self-Contained Report on the Cypress Lake Apartments was prepared by Tom W. Cook, MAI on November 2, 2000 for Robert Lott at Union Planters Bank.

8. On or about May 23, 2001, building permits were issued by Peter Newkirk, P.E. for the Cypress Lake Apartment complex in Baton Rouge, Louisiana.

9. On or about December 13, 2001, Cypress Lake Development sold Cypress Lake Apartment complex to CLA, LLC.

10. Architect Stephen G. Hill, AIA issued a Certificate of Substantial Completion for Project Number 00111.13, Cypress Lake Apartment Community, owned by CLA, LLC on January 27, 2003, which was signed by Bryan Construction Co. and CLA, LLC on January 31, 2003.

11. Building permits were issued on April 27, 2004 for the Island Park Apartments in Shreveport, Louisiana.

12. Building permits were issued on November 3, 2005 for the Grand Pointe Apartments in Lafayette, Louisiana.

                        Respectfully submitted,

                        **LUNN, IRION, SALLEY, CARLISLE & GARDNER**
                        *A Professional Law Corporation*

P. O. Box 1534
Shreveport, LA 71165-1534
(318)222-0665 Telephone       BY      s/LDL
(318)220-3265 Facsimile             GERALD M. JOHNSON, JR.
                                      Bar Roll No. 16987
                                      LISA D. LOBRANO
                                      Bar Roll No. 29954
                           ATTORNEYS FOR LAFAYETTE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the *Statement of Undisputed Material Facts* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Shreveport, Caddo Parish, Louisiana on this the 27th day of August, 2010.

                                                                 _____s/LDL_____
                                                                 OF COUNSEL